In the Matter of the Petition of Thomas R. Agnew to Vacate an Assessment.

(Argued December 7, 1875; decided December 14, 1875.)

*William Barnes* for the appellant.

*H. A. Shipman* for the respondent.

Agree to affirm.    No opinion.
All concur except Andrews, J., not voting.
Order affirmed.